IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FORETHOUGHT LIFE INSURANCE COMPANY,** | * <br> * <br> * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 21-00484-WS-B <br> * <br> * |
| **DEBORAH STEVENS,** *et al.*, | * <br> * |
| Defendants. | * |

**ORDER**

This action is before the Court on review. On April 5, 2022, the Court granted Mr. James Robertson's motion to withdraw from representation of Defendant Deborah Stevens after determining that Defendant Deborah Stevens had refused to appropriately communicate with Mr. Robertson, thereby thwarting his efforts to properly represent her. (See Doc. 29 at 1). The Court granted Defendant Deborah Stevens leave until April 19, 2022, to retain new counsel and have her new counsel file a written notice of appearance with this Court. (Id. at 2). In the alternative, Defendant Deborah Stevens was directed to advise the Court, in the form of a written pleading, of her intent to proceed *pro se*. (Id.). The docket reflects that, to date, no counsel has entered an appearance on behalf of Ms. Stevens, nor has she informed the Court, in writing or otherwise, of her desire to proceed *pro se*.

Given Defendant Deborah Stevens' failure to follow the

Court's directives, and her refusal to cooperate with her previous counsel, it would appear that striking her answer and entering a default judgment against her as a sanction for her dilatory behavior is the only appropriate sanction in this case. Accordingly, Defendant Deborah Stevens is **ORDERED** to **SHOW CAUSE** on or before **May 6, 2022,** why the above-referenced sanction should not be entered against her. **Defendant Deborah Stevens is cautioned that failure to comply with this order will result in a recommendation that a default judgment be entered against her due to her failure to obey orders of this Court. Defendant Deborah Stevens should also be aware that if a default judgment is entered against her, it will extinguish any claims that she may have to the funds in dispute in this case.**

Also pending before the Court is Defendant Jason Daniel Stevens' motion to compel Defendant Deborah Stevens to respond to discovery requests served upon her (Doc. 32). Defendant Deborah Stevens is **ORDERED** to file a response to the motion no later than **April 29, 2022. As noted above, the failure to comply with the Court's directive will result in a recommendation that a default judgment be entered against Defendant Deborah Stevens in this action.**

The Clerk is **DIRECTED** to send a copy of this order to Defendant Deborah Stevens, via regular mail and email.

**DONE** this **20th** day of **April, 2022.**

                                                  **/s/ SONJA F. BIVINS**
                                           **UNITED STATES MAGISTRATE JUDGE**