

September 24, 2021

RE: Fred Stevens

DOB: 08/17/1955

To Whom It May Concern:

Mr. Fred Stevens saw me for his primary care. In June 2020 Mr. Stevens was competent.

If there are any other questions or concerns, please feel free to contact my office.

Sincerely,

*Timothy Kennedy, MD*

Timothy L. Kennedy, M.D.

**Mobile Diagnostic Center**
6701 Airport Blvd., Suite A101
Mobile, AL 36608
P: 251.633.8880

**Internal Medicine**
James L. Walker, M.D., F.A.C.P.
Robert W. Israel, M.D., F.A.C.P.
Rebecca V. Curtiss, M.D.
Marla M. Lambert, M.D.
John F. Delmas, M.D.
Allison B. Douglas, M.D.
Romsel Ang, M.D., F.A.C.P.
Amy E. Woodward, M.D.
Lisa A. Shepler, M.D.
Vyshali Reddy Loupe, M.D.
Kimberly R. Bryan, M.D.
Chrystal M. Griffis, M.D.
Adam D. Herring, M.D.
Timothy L. Kennedy, M.D.
Thomas F. Garth, Jr., M.D.
Kathy R. Walker, D.N.P., C.R.N.P.
Carmen P. May, C.R.N.P.
Kelly V. Dauenheimer, C.R.N.P.
Breanne C. Bishop, C.R.N.P.
DeAnna J. Willyerd, C.R.N.P.
Brittany M. Wilson, C.R.N.P.

**Lipidology**
Mary H. Honkanen, M.D.
R. Susann O'Connor, C.R.N.P.

USAHealthSystem.com

UNIVERSITY HOSPITAL    CHILDREN'S & WOMEN'S HOSPITAL    MITCHELL CANCER INSTITUTE    PHYSICIAN'S GROUP    COLLEGE OF MEDICINE