IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| FORETHOUGHT LIFE INSURANCE COMPANY, | * | |
| Plaintiff, | * | CIVIL ACTION NO. 1:21-cv-484 |
| vs. | * | |
| DEBORAH STEVENS, BRANDON BLAKE FRANKLIN, and JASON DANIEL STEVENS, | * | |
| Defendants | * | |

### DEFENDANT BRANDON BLAKE FRANKLIN'S JOINDER TO DEFENDANT JASON DANIEL STEVENS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DEBORAH STEVENS FOR HER FAILURE TO PROSECUTE, WILFUL REFUSAL TO FOLLOW COURT ORDERS, AND REFUSAL TO GIVE DEPOSITION TESTIMONY

Comes now, Defendant **BRANDON BLAKE FRANKLIN**, by and through his attorney, Stephen E. Clements, and adopts as if fully set out herein DEFENDANT JASON DANIEL STEVENS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DEBORAH STEVENS FOR HER FAILURE TO PROSECUTE, WILFUL REFUSAL TO FOLLOW COURT ORDERS, AND REFUSAL TO GIVE DEPOSITION TESTIMONY [Document 35], and joins in the motion asking this Honorable Court to enter a default judgment against Defendant Deborah Stevens due to her complete refusal to cooperate with the Orders of this Court, instructions of her former attorney, and non-compliance with the *Federal Rules of Civil Procedure*.

There is no basis for any hearing on damages because this is an interpleader action. The positions of Defendants Brandon Blake Franklin and Jason Daniel Stevens are aligned in their respective requests for a default judgment against Defendant Deborah Stevens.

1

WHEREFORE, Defendant Brandon Blake Franklin submits that default judgment is due to be entered against Defendant Deborah Stevens as a matter of law pursuant to Rule 37 of the *Federal Rules of Civil Procedure*.

### Proposed Findings of Fact and Conclusions of Law

Movant adopts the Proposed Findings of Fact and Conclusions of Law as submitted to the Court by Defendant Jason Daniel Stevens.

Movant submits that with Plaintiff Forethought Life Insurance Company having disclaimed any interest in the disputed annuities, and the alignment of positions of Defendants Brandon Blake Franklin and Jason Daniel Stevens, that a judgment against Defendant Deborah Stevens will conclude this civil action.

Respectfully submitted,

/s/ Stephen E. Clements
_____
STEPHEN E. CLEMENTS[CLEMS-6201]
Attorney for Defendant Brandon Blake Franklin

OF COUNSEL:

STEPHEN E. CLEMENTS, P.C.
POST OFFICE BOX 1724
MOBILE, ALABAMA 36633
PHONE: (251) 432-7800
Stephen@clementspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2022, the following party was served via United States Mail, postage prepaid and properly addressed, and by email to the following:

>Deborah Stevens
>1605 Indian Trail Drive
>Mobile, Alabama 36695
>
>withtlc@mchsi.com
>jumponthistwack93@gmail.com

I hereby certify that on the 6th day of May 2022, in compliance with Rule 5 *Federal Rules of Civil Procedure*, the following counsel were served via the electronic filing system of this Court and by email to the following:

>H William Wasden, Esq.
>Kathryn M. Wills, Esq.
>Post Office Box 2287
>Mobile, Alabama 36652-2287
>
>Bill.Wasden@burr.com
>kwillis@burr.com
>
>Henry L. ("Max") Cassady, Jr.
>Cassady & Cassady, P.C.
>201 Rural Street
>Evergreen, Alabama 36401
>maxcassady@gmail.com

>/s/ Stephen E. Clements
>_____
>STEPHEN E. CLEMENTS