IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

FORETHOUGHT LIFE INSURANCE)

COMPANY

)

Plaintiff , )

)

DEBORAH STEVENS,., )

Defendants.

Motion To Set Aside Entry Of Default Judgement And Default Judgement

Comes now Deborah stevens Defendant in the above cause respectfully moves that this court set aside The Entry Of Default and Default Judgement in the above and entitled and numbered cause and allow defendant to answer the complaint of plaintiff on the case numbers as noted

CIVIL 1:21-cv-484-WS-B       CIVIL ACTION 21-0484-WS-B    CIVIL ACTION NO. 21-00484-WS-B