Deborah Stevens responce to show cause to the request Defendant Deborah Stevens is also
directed to show cause, by May 17, 2022, why sanctions should not
be imposed for her failure to timely respond to Jason Stevens's
5
discovery and to the instant motion to compel

Max cassady files new Motions everyday with this court and i have to stop
working on the admissions,interrogatories,and the production to answer to the new motions
i have to research information how to do this to be able
to give him what he wants
i'm 60 years old and its been over 48 hours since i have had rest because of this
I do not feel i deserve any sanctions being brought againest me
I didn't know any of this was going on in this court until recently
and i'm racing trying to give Mr cassady what he has asked
while he has filed new motions everyday that i have to answer as well
I will have everything for Mr cassady completed by tomorrow,
please except my show cause .

      Deborah Stevens