IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FORETHOUGHT LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 21-0484-WS-B ) |
| DEBORAH STEVENS, et al., | ) ) ) |
| Defendants. | ) |

ORDER

In this interpleader action, one defendant ("Jason") filed a motion for default judgment against another defendant ("Deborah"). (Doc. 35). On May 6, 2022, the third defendant ("Brandon") filed a joinder to Jason's motion. (Doc. 39). On May 13, 2022, Brandon filed two additional joinders, identical to the first. (Docs. 43, 44). The latter filings are **stricken** as redundant.

As previously ordered, Deborah's response to Jason's motion for default judgment must be filed and served on or before May 19, 2022. (Doc. 38). Any reply, by either Jason or Brandon, must be filed and served on or before May 26, 2022. The motion will be taken under submission on May 26, 2022.

Deborah has filed a document in which she says, "I would like to file a motion to vacate making the change of beneficary [sic] ineffective on both contracts …." (Doc. 37). The rules governing the filing of motions are set forth in the Federal Rules of Civil Procedure and in the General and Civil Local Rules of this District. As Deborah has been advised, she is legally obligated to comply with these rules. (Doc. 38 at 1 n.1). Deborah's filing, construed as a motion, is **denied without prejudice** as both premature and unsupported.

DONE and ORDERED this 16th day of May, 2022.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE