IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| FORETHOUGHT LIFE INSURANCE COMPANY | ) | |
| | ) | CIVIL ACTION 21-0484-WS-B |
| Plaintiff | , ) | |
| | ) | |
| v. | | |
| DEBORAH STEVENS,., | ) | |
| Defendants. | | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR Default JUDGMENT TO THE HONORABLE COURT:

Your Honor your correct , my responce to this motion to default would have been a lot better if i would have started with the truth,  I have to defend myself  because i can't afford a lawyer .so if i file the wrong thing  i'm sorry, Forethought has 2 million dollars of mine that i can prove all i asking is  this court look at the proof. This Court is here to help people. not sit by letting lawyers be dishonest when they are very aware what Forethought has done. I dont feel i should not have any defaults filed on me because i havent did anything wrong.

,

Burr & Forman LLP Post Office Box 2287 Mobile, AL 36652 251-344-5151 Fax: 251-344-9696 Email: kwillis@burr.com H. William Wasden Burr Forman P.O. Box 2287 Mobile, AL 36652 (251) 344-5151 Fax: 251-344-9696 Email: Bill.Wasden@burr.com Stephen E. Clements Stephen E. Clements, P.C. Post Office Box 1724 36602 Mobile, AL 36602 251-432-7800 Email: stephen@clementspc.com