IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FORETHOUGHT LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CIVIL ACTION NO. 21-00484-TFM-B ) |
| DEBORAH STEVENS, et al., | ) ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that pursuant to 28 U.S.C. § 636(b)(1), the above-styled action is REFERRED to the Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE and ORDERED this 18th day of May, 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE