# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FORETHOUGHT LIFE INSURANCE COMPANY,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| vs. | )     CIVIL 1:21-cv-484-WS-B <br> ) |
| **DEBORAH STEVENS, BRANDON BLAKE FRANKLIN, and JASON DANIEL STEVENS,** | ) <br> ) <br> ) <br> ) |
| **Defendants.** | ) |

## SUPPLEMENT TO RULE 37 RECORD

    Defendant Jason Stevens supplements the FRCP 37 record with EXHIBIT ONE.

                                 FOR THE DEFENDANT
                                 AND CROSS-PLAINTIFF
                                 JASON D. STEVENS:

                                 */s/ Henry L. ("Max") Cassady, Jr.*
                                 Henry L. ("Max") Cassady, Jr.
                                 Cassady & Cassady, P.C.
                                 201 Rural Street
                                 Evergreen, Alabama 36401
                                 Tel: 251.578.5252
                                 maxcassady@gmail.com

## **CERTIFICATE OF SERVICE**

I certify by my signature above that, immediately after being stamped as filed by the court's electronic filing system, this filing was printed as court-stamped and served upon served upon Deborah Stevens as required by FRCP 5 by U.S. Mail on this date of May 20, 2022:

Deborah Stevens
1605 Indian Trail Drive
Mobile, Alabama 36695

And, immediately after being stamped as filed by the court's electronic filing system, by email to:

withtlc@mchsi.com
jumponthistwack93@gmail.com

## **CERTIFICATE OF SERVICE**

I certify by my signature above that this paper was served upon all counsel of record as required by FRCP 5 either by electronic mail as agreed by the parties instead of U.S. Mail, at the time and date shown in that email, or by filing the same with the electronic filing system of this court, at the time and date shown in that filing.

Kathryn M. Willis
Burr & Forman LLP
Post Office Box 2287
Mobile, AL 36652
251-344-5151
Fax: 251-344-9696
Email: kwillis@burr.com

H. William Wasden
Burr Forman
P.O. Box 2287
Mobile, AL 36652
(251) 344-5151
Fax: 251-344-9696
Email: Bill.Wasden@burr.com


Stephen E. Clements
Stephen E. Clements, P.C.
Post Office Box 1724
36602
Mobile, AL 36602
251-432-7800
Email: stephen@clementspc.com